# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOHNE, DALE § Case No. 12-43651
BOHNE, SANDRA §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/01/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   45,140.17

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 309.48 |
| Bank service fees | 386.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 44,443.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2013 and the deadline for filing governmental claims was 08/21/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,264.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,264.02 , for a total compensation of $ 5,264.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/14/2016            By:/s/Robert B. Katz, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-43651 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | BOHNE, DALE | | | Date Filed (f) or Converted (c): | 11/01/12 (f) |
| | BOHNE, SANDRA | | | 341(a) Meeting Date: | 01/03/13 |
| For Period Ending: | 01/14/16 | | | Claims Bar Date: | 08/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Townhouse 1744 Howard Ave Des Plaine | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. TCF Bank checking account #7249 | 235.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary household furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CD's and Christmas decorations | 500.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous ordinary clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7. Boston Mutual Life insurance K75963; whole benefic | 1,950.00 | 0.00 | | 0.00 | FA |
| 8. Pension IMRF (not yet vested) | 5,690.79 | 0.00 | | 0.00 | FA |
| 9. 2002 Mercury Villager | 3,920.00 | 0.00 | | 0.00 | FA |
| 10. 1988 Ford Econoline E150 | 300.00 | 0.00 | | 0.00 | FA |
| 11. 1992 Pontiac Bonneville | 670.00 | 0.00 | | 0.00 | FA |
| 12. 1 household pet dog 3 household pet cats | 0.00 | 0.00 | | 0.00 | FA |
| 13. Debtors' Inheritance (u) | 0.00 | 20,069.62 | | 45,140.17 | FA |
| 14. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $124,655.79 | $20,069.62 | $45,140.17 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reopened this case to pursue debtor's post petition inheritance (from a parent). Trustee collected a partial
inheritance, and then, very recently, debtor's share from the sale of parent's real estate from their probate estate.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/30/16

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 19.05a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-43651 -JBS | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BOHNE, DALE | | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | | |
| For Period Ending: | 01/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/13 | 13 | First Midwest Bank | DEPOSIT | 1229-000 | 10,069.62 | | 10,069.62 |
| 08/28/13 | 010001 | Springer Brown LLC | Attorney for Trustee Fees & Expense | 3120-000 | | 293.00 | 9,776.62 |
| | | 400 S. County Farm Rd. - Ste. 330 | Reimbursement for Court Filing Fee for adversary | | | | |
| | | Wheaton, IL 60187 | complaint | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,766.62 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.05 | 9,752.57 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.50 | 9,738.07 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.01 | 9,724.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.46 | 9,709.60 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 9,695.16 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,682.14 |
| 04/01/14 | 010002 | International Sureties, Ltd | BOND PAYMENT | 2300-000 | | 10.75 | 9,671.39 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.39 | 9,657.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.90 | 9,643.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,628.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 9,614.91 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.30 | 9,600.61 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.27 | 9,586.34 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.79 | 9,572.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.23 | 9,558.32 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.75 | 9,544.57 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,530.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.17 | 9,516.21 |
| 02/10/15 | 010003 | Arthur B. Levine Company | Bond | 2300-000 | | 5.73 | 9,510.48 |
| | | | Blanket Bond Disbursement | | | | |

Page Subtotals  10,069.62  559.14

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-43651 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | BOHNE, DALE | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | |
| For Period Ending: | 01/14/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.78 | 9,497.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,483.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,469.94 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.08 | 9,455.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.60 | 9,442.26 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,428.22 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,414.20 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,400.65 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,386.67 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 9,373.17 |
| 12/14/15 | | Dwight Bohne<br>Diane Bohne Estate<br>1102 Oak Ridge Dr.<br>Streamwood, IL 60107 | DEPOSIT | 1229-000 | 35,070.55 | | 44,443.72 |

|  | COLUMN TOTALS | 45,140.17 | 696.45 | 44,443.72 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 45,140.17 | 696.45 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 45,140.17 | 696.45 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Checking Account (Non-Interest Earn - ********7035 | 45,140.17 | 696.45 | 44,443.72 |
| | | 45,140.17 | 696.45 | 44,443.72 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 35,070.55 137.31

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.05a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-43651 -JBS | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOHNE, DALE | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | |
| For Period Ending: | 01/14/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Robert B. Katz, Trustee    Date: 01/14/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 14, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-43651  
Debtor Name: BOHNE, DALE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2<br>CLERK | United States Bankruptcy Court<br>Nothern District of Illinois<br>Dirksen Federal Building<br>219 S. Dearborn St.<br>Room 713<br>Chicago, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 00007<br>001<br>2100-00 | Robert B. Katz<br>53 W. Jackson Blvd.<br>Suite 1320<br>Chicago, IL 60604 | Administrative | | $5,264.02 | $0.00 | $5,264.02 |
| 00008<br>001<br>3210-00 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $10,134.50 | $0.00 | $10,134.50 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $10.75 | $10.75 | $0.00 |
| 000001<br>070<br>UC | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,557.66 | $0.00 | $4,557.66 |
| 000002<br>070<br>UC | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $5,948.49 | $0.00 | $5,948.49 |
| 000003<br>070<br>UC | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $1,128.66 | $0.00 | $1,128.66 |
| 000004<br>070<br>UC | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $3,678.72 | $0.00 | $3,678.72 |
| 000005<br>070<br>UC | Douglas S. Arnold<br>2043 Fox Lane<br>Des Plaines, IL 60018 | Unsecured | | $317,505.95 | $0.00 | $317,505.95 |
| | Case Totals: | | | $348,488.75 | $10.75 | $348,478.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43651
Case Name: BOHNE, DALE
                 BOHNE, SANDRA
Trustee Name: Robert B. Katz, Trustee

Balance on hand       $     44,443.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,264.02 | $ 0.00 | $ 5,264.02 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 9,749.00 | $ 0.00 | $ 9,749.00 |
| Attorney for Trustee Expenses: Springer Brown, LLC | $ 385.50 | $ 0.00 | $ 385.50 |
| Other: International Sureties, Ltd | $ 10.75 | $ 10.75 | $ 0.00 |
| Other: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses     $     15,658.52

Remaining Balance     $     28,785.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 332,819.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,557.66 | $ 0.00 | $ 394.19 |
| 000002 | FIA CARD SERVICES, N.A. | $ 5,948.49 | $ 0.00 | $ 514.48 |
| 000003 | FIA CARD SERVICES, N.A. | $ 1,128.66 | $ 0.00 | $ 97.62 |
| 000004 | eCAST Settlement Corporation, assignee | $ 3,678.72 | $ 0.00 | $ 318.17 |
| 000005 | Douglas S. Arnold | $ 317,505.95 | $ 0.00 | $ 27,460.74 |
| | Total to be paid to timely general unsecured creditors | | $ | 28,785.20 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE