UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BOHNE, DALE § Case No. 12-43651
BOHNE, SANDRA §
 §
 §
 Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    DIrksen Federal Building
    219 S. Dearborn St.
    Room 713
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/23/2016 in Courtroom 682,
    United States Courthouse
    219 S. Dearborn St.
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/05/2016                    By: Robert B. Katz


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOHNE, DALE § Case No. 12-43651
BOHNE, SANDRA §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,140.17 |
| and approved disbursements of | $ | 696.45 |
| leaving a balance on hand of[1] | $ | 44,443.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,264.02 | $ 0.00 | $ 5,264.02 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 9,749.00 | $ 0.00 | $ 9,749.00 |
| Attorney for Trustee Expenses: Springer Brown, LLC | $ 385.50 | $ 0.00 | $ 385.50 |
| Other: International Sureties, Ltd | $ 10.75 | $ 10.75 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 15,398.52 |
| Remaining Balance | $ | 29,045.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 332,819.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,557.66 | $ 0.00 | $ 397.75 |
| 000002 | FIA CARD SERVICES, N.A. | $ 5,948.49 | $ 0.00 | $ 519.13 |
| 000003 | FIA CARD SERVICES, N.A. | $ 1,128.66 | $ 0.00 | $ 98.50 |
| 000004 | eCAST Settlement Corporation, assignee | $ 3,678.72 | $ 0.00 | $ 321.04 |
| 000005 | Douglas S. Arnold | $ 317,505.95 | $ 0.00 | $ 27,708.78 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,045.20 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dale Bohne  
Sandra Bohne  
    Debtors

Case No. 12-43651-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: dgomez  Page 1 of 2  Date Rcvd: Jan 26, 2016  
Form ID: pdf006  Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2016.
```
db/jdb         +Dale Bohne,    Sandra Bohne,    1744 Howard Avenue,    Des Plaines, IL 60018-3026
aty            +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,   Ste. 330,
                 Wheaton, IL 60187-4547
19649041       +Anthony M. Montemurro,    Attorney at Law,    6097 N. Northwest Highway,    Chicago, IL 60631-2502
19649045      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
19649048       +Douglas S. Arnold,    2043 Fox Lane,    Des Plaines, IL 60018-4028
20633524       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
19649051       +RJM ACQ LLC,    575 Underhill Boulevard #224,    Syosset, NY 11791-3416
19649050       +Resurrection Medical Center,    7435 West Talcott Avenue,    Chicago, IL 60631-3746
19649052        Slate from Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19649053        Target Retailers Nat Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
20852582        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19649042       +E-mail/Text: g20956@att.com Jan 26 2016 23:43:11     AT&T,   208 S Akard Street,
                 Dallas, TX 75202-4206
19649047        E-mail/Text: mrdiscen@discover.com Jan 26 2016 23:43:06     Discover Card,   P.O. Box 30943,
                 Salt Lake City, UT 84130
20535267        E-mail/Text: mrdiscen@discover.com Jan 26 2016 23:43:06     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19649049       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2016 23:43:08     Midland Funding LLC,
                 c/o Midland Credit Management Inc,    Department 8870,   Los Angeles, CA 90084-0001
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             David R. Brown,    Springer, Brown, Covey, Gaertner & Davis
19649043*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
19649044*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
19649046     ##+Diane Bohne,    3091 Patton Drive,    Des Plaines, IL 60018-4032
                                                                                    TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2016 at the address(es) listed below:
```
              David  Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ    on behalf of Plaintiff Robert B Katz dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Derek D Samz    on behalf of Defendant Dale  Bohne dsamz@dimontelaw.com,   swilson@dimontelaw.com
              Elizabeth A. Bates    on behalf of Plaintiff Robert B Katz ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Julia Jensen Smolka    on behalf of Debtor 1 Dale  Bohne jjensen@dimonteandlizak.com
              Julia Jensen Smolka    on behalf of Debtor 2 Sandra  Bohne jjensen@dimonteandlizak.com
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2            Date Rcvd: Jan 26, 2016
                              Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Julia Jensen Smolka    on behalf of Defendant Dale  Bohne jjensen@dimonteandlizak.com
              Meredith S Fox    on behalf of Trustee Robert B Katz, ESQ bknotice@klueverplatt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                              TOTAL: 10
```