JACK B. SCHMETTERER

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOHNE, DALE | § | Case No. 12-43651 |
| BOHNE, SANDRA | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 81,950.00 *(Without deducting any secured claims)* | Assets Exempt: 42,705.79 |
| Total Distributions to Claimants: 28,785.20 | Claims Discharged Without Payment: 346,013.31 |
| Total Expenses of Administration: 16,354.97 | |

3) Total gross receipts of $ 45,140.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 45,140.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 171,051.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,354.97 | 16,354.97 | 16,354.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,979.03 | 332,819.48 | 332,819.48 | 28,785.20 |
| **TOTAL DISBURSEMENTS** | $ 213,030.03 | $ 349,174.45 | $ 349,174.45 | $ 45,140.17 |

4) This case was originally filed under chapter 7 on 11/01/2012 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2016          By:/s/Robert B. Katz, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 35,070.55 |
| Debtors' Inheritance | 1229-000 | 10,069.62 |
| **TOTAL GROSS RECEIPTS** | | **$45,140.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4161 Piedmont Parkway Greensboro, NC 27410 | | 171,051.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 171,051.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 5,264.02 | 5,264.02 | 5,264.02 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 5.73 | 5.73 | 5.73 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 10.75 | 10.75 | 10.75 |
| ASSOCIATED BANK | 2600-000 | NA | 386.97 | 386.97 | 386.97 |
| UNITED STATES BANKRUPTCY COURT | 2990-000 | NA | 260.00 | 260.00 | 260.00 |
| SPRINGER BROWN LLC | 3120-000 | NA | 293.00 | 293.00 | 293.00 |
| SPRINGER BROWN, LLC | 3210-000 | NA | 9,749.00 | 9,749.00 | 9,749.00 |
| SPRINGER BROWN, LLC | 3220-000 | NA | 385.50 | 385.50 | 385.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,354.97 | $ 16,354.97 | $ 16,354.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P O Box 650396 Dallas, TX 75265-0396 | | 130.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 6,058.49 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 1,137.69 | NA | NA | 0.00 |
| | Diane Bohne 3091 Patton Drive Des Plaines, IL 60018 | | 11,156.00 | NA | NA | 0.00 |
| | Discover Card P.O. Box 30943 Salt Lake City, UT 84130 | | 4,743.25 | NA | NA | 0.00 |
| | Douglas S. Arnold 2043 Fox Lane Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding LLC c/o Midland Credit Management Inc Department 8870 Los Angeles, CA 90084 | | 3,031.00 | NA | NA | 0.00 |
| | RJM ACQ LLC 575 Underhill Boulevard #224 Syosset, NY 11791 | | 0.00 | NA | NA | 0.00 |
| | Resurrection Medical Center 7435 West Talcott Avenue Chicago, IL 60631 | | 1,160.00 | NA | NA | 0.00 |
| | Slate from Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 3,942.60 | NA | NA | 0.00 |
| | Target Retailers Nat Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | 10,620.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 4,557.66 | 4,557.66 | 394.19 |
| 000005 | DOUGLAS S. ARNOLD | 7100-000 | NA | 317,505.95 | 317,505.95 | 27,460.74 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 3,678.72 | 3,678.72 | 318.17 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 5,948.49 | 5,948.49 | 514.48 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 1,128.66 | 1,128.66 | 97.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,979.03 | $ 332,819.48 | $ 332,819.48 | $ 28,785.20 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-43651 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOHNE, DALE | | | | Date Filed (f) or Converted (c): | 11/01/12 (f) |
| | BOHNE, SANDRA | | | | 341(a) Meeting Date: | 01/03/13 |
| For Period Ending: 04/11/16 | | | | | Claims Bar Date: | 08/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Townhouse 1744 Howard Ave Des Plaine | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. TCF Bank checking account #7249 | 235.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary household furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CD's and Christmas decorations | 500.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous ordinary clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7. Boston Mutual Life insurance K75963; whole benefic | 1,950.00 | 0.00 | | 0.00 | FA |
| 8. Pension IMRF (not yet vested) | 5,690.79 | 0.00 | | 0.00 | FA |
| 9. 2002 Mercury Villager | 3,920.00 | 0.00 | | 0.00 | FA |
| 10. 1988 Ford Econoline E150 | 300.00 | 0.00 | | 0.00 | FA |
| 11. 1992 Pontiac Bonneville | 670.00 | 0.00 | | 0.00 | FA |
| 12. 1 household pet dog 3 household pet cats | 0.00 | 0.00 | | 0.00 | FA |
| 13. Debtors' Inheritance (u) | 0.00 | 20,069.62 | | 45,140.17 | FA |
| 14. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $124,655.79   $20,069.62   $45,140.17   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reopened this case to pursue debtor's post petition inheritance (from a parent). Trustee collected a partial
inheritance, and then, very recently, debtor's share from the sale of parent's real estate from their probate estate.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 06/30/16

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.05f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-43651 -JBS | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BOHNE, DALE | | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | | |
| For Period Ending: | 04/11/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/13 | 13 | First Midwest Bank | DEPOSIT | 1229-000 | 10,069.62 | | 10,069.62 |
| 08/28/13 | 010001 | Springer Brown LLC | Attorney for Trustee Fees & Expense | 3120-000 | | 293.00 | 9,776.62 |
| | | 400 S. County Farm Rd. - Ste. 330 | Reimbursement for Court Filing Fee for adversary | | | | |
| | | Wheaton, IL 60187 | complaint | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,766.62 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.05 | 9,752.57 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.50 | 9,738.07 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.01 | 9,724.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.46 | 9,709.60 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 9,695.16 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,682.14 |
| 04/01/14 | 010002 | International Sureties, Ltd | BOND PAYMENT | 2300-000 | | 10.75 | 9,671.39 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.39 | 9,657.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.90 | 9,643.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,628.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 9,614.91 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.30 | 9,600.61 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.27 | 9,586.34 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.79 | 9,572.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.23 | 9,558.32 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.75 | 9,544.57 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,530.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.17 | 9,516.21 |
| 02/10/15 | 010003 | Arthur B. Levine Company | Bond | 2300-000 | | 5.73 | 9,510.48 |
| | | | Blanket Bond Disbursement | | | | |

Page Subtotals  10,069.62  559.14

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-43651 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | BOHNE, DALE | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | |
| For Period Ending: | 04/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.78 | 9,497.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,483.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,469.94 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.08 | 9,455.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.60 | 9,442.26 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,428.22 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,414.20 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,400.65 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,386.67 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 9,373.17 |
| 12/14/15 | | Dwight Bohne<br>Diane Bohne Estate<br>1102 Oak Ridge Dr.<br>Streamwood, IL 60107 | DEPOSIT | 1229-000 | 35,070.55 | | 44,443.72 |
| 02/25/16 | 010004 | United States Bankruptcy Court<br>Nothern District of Illinois<br>Dirksen Federal Building<br>219 S. Dearborn St.<br>Room 713<br>Chicago, IL 60604 | BANKRUPTCY COURT FEES | 2990-000 | | 260.00 | 44,183.72 |
| 02/25/16 | 010005 | Robert B. Katz<br>53 W. Jackson Blvd.<br>Suite 1320<br>Chicago, IL 60604 | Claim 00007, Payment 100.00000% | 2100-000 | | 5,264.02 | 38,919.70 |
| 02/25/16 | 010006 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Claim 00008, Payment 100.00000% | | | 10,134.50 | 28,785.20 |
| | | | Fees     9,749.00 | 3210-000 | | | |

Page Subtotals     35,070.55     15,795.83

Ver: 19.05f

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43651 -JBS | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOHNE, DALE | | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | | Account Number / CD #: | *******7035 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | | |
| For Period Ending: | 04/11/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses  385.50 | 3220-000 | | | |
| 02/25/16 | 010007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 8.64896% | 7100-000 | | 394.19 | 28,391.01 |
| 02/25/16 | 010008 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000002, Payment 8.64892% | 7100-000 | | 514.48 | 27,876.53 |
| 02/25/16 | 010009 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000003, Payment 8.64919% | 7100-000 | | 97.62 | 27,778.91 |
| 02/25/16 | 010010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000004, Payment 8.64893% | 7100-000 | | 318.17 | 27,460.74 |
| 02/25/16 | 010011 | Douglas S. Arnold<br>2043 Fox Lane<br>Des Plaines, IL 60018 | Claim 000005, Payment 8.64889% | 7100-000 | | 27,460.74 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,140.17 | 45,140.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 45,140.17 | 45,140.17 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 45,140.17 | 45,140.17 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7035 | 45,140.17 | 45,140.17 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 45,140.17 | 45,140.17 | 0.00 |
| | ========== | ========== | ========== |

Page Subtotals  0.00  28,785.20

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-43651 -JBS | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOHNE, DALE | Bank Name: | ASSOCIATED BANK |
| | BOHNE, SANDRA | Account Number / CD #: | *******7035  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2736 | | |
| For Period Ending: | 04/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   Robert B. Katz, Trustee   Date: 04/11/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*